**Order entered August 3, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00809-CV

### IN THE INTEREST OF S.D., J.D., AND G.D., CHILDREN

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-16-01098-W**

## ORDER

This is an accelerated appeal in a parental termination case filed by the Department of Family and Protective Services.  *See* TEX. R. APP. P. 28.4.  The record reflects Mother and Father were each represented at trial by appointed counsel who were released as attorneys of record upon the signing of the judgment.  The record does not reflect appellate counsel has been appointed, although the notices of appeal filed by Mother and Father each allege an inability to afford representation and each request appointment of counsel.

An indigent party in a parental termination case filed by a governmental entity is entitled to appointed counsel on appeal.  *See In re P.M.*, 520 S.W.3d 24, 26 (Tex. 2016).  Accordingly, we **ORDER** the trial court to appoint counsel for Mother and Father **no later than August 13, 2018**.  We **ORDER** the trial court to transmit to this Court, **no later than August 16, 2018**, a supplemental clerk's record containing the trial court's order appointing counsel.

We **DIRECT** the Clerk of this Court to send a copy of this order to (1) the Honorable Andrea Martin, Presiding Judge of the 304th Judicial District Court; and (2) all parties.

We **ABATE** the appeal to allow the trial court to comply with this order. It shall be reinstated twenty (20) days from the date of this order or when the requested supplemental clerk's record is filed, whichever is earlier.

/s/      DAVID EVANS
JUSTICE